**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 04-1837

_____

DON MCKINNEY,

                                    Plaintiff - Appellant,

        versus

DON EARLS,

                                    Defendant - Appellee.

_____

Appeal from the United States District Court for the Western District of Virginia, at Big Stone Gap.  James P. Jones, Chief District Judge.  (CA-03-153-2)

_____

Submitted:  January 27, 2005          Decided:  February 16, 2005

_____

Before LUTTIG and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Don McKinney, Appellant Pro Se.  Jeffrey Allan Sturgill, STURGILL, MULLINS & KENNEDY, Wise, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Don McKinney appeals the district court's order dismissing his civil action for failure to state a claim upon which relief could be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See McKinney v. Earls, No. CA-03-153-2 (W.D. Va. June 26, 2004). We deny McKinney's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

- 2 -